IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MICHAEL M. MEYER, PATRICIA J. SZERLIP and VICKI WEATHERFORD,<br><br>    Plaintiffs.<br><br>  v.<br><br>HORIZON HEALTH CORPORATION, et al.,<br><br>    Defendants. | No. C 00-1303 SBA<br><br>**ORDER** |

On February 17, 2006, the parties in the above-captioned matter filed a Joint Case Management Conference Statement stating that all of the parties are in agreement that the case should be included in the Electronic Case File Program.

Accordingly,

IT IS HEREBY ORDERED THAT the above-captioned case shall be included in the Electronic Case File Program.

IT IS SO ORDERED.

Dated: 3/14/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge