Gregory M. Luce (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: 202-879-3939
Facsimile: 202-626-1700
gmluce@jonesday.com

Shawn Hanson (State Bar No. 109321)
Tracy M. Strong (State Bar No. 221540)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700
shanson@jonesday.com
tstrong@jonesday.com

Attorneys for Defendant
SUMMIT MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MICHAEL M. MEYER, PATRICIA J. SZERLIP and VICKI WEATHERFORD,<br><br>Plaintiffs,<br><br>v.<br><br>HORIZON HEALTH CORPORATION, a Delaware Corporation, SUMMIT MEDICAL CENTER, a California Corporation, and SUKHDEEP GREWAL, M.D.,<br><br>Defendants. | **Case No. CV 00-1303 SBA**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS AND DEFENDANTS TO DESIGNATE EXPERTS** |

1  Pursuant to Local Rule 6-1(b), plaintiffs and defendants Summit Medical Center
2  ("Summit"), Horizon Health Corporation ("Horizon"), and Sukhdeep Grewal, M.D. ("Grewal")
3  (collectively "Defendants"), by and through their undersigned counsel, hereby respectfully
4  request that this Court approve the parties' stipulation to extend the time to disclose any experts
5  pursuant to Federal Rule of Civil Procedure 26(a). On March 2, 2006, this Court issued its Order
6  For Pretrial Preparation requiring plaintiffs and Defendants to designate any experts by
7  September 4, 2006. The parties hereby stipulate and agree that plaintiffs and Defendants shall
8  have an extension of fourteen (14) days, to and including September 18, 2006, to disclose any
9  experts. The parties understand and agree that the stipulation will not alter the trial date or any
10 other deadlines established by the Court's March 2, 2006 order.

Dated: September 1, 2006

JONES DAY

By: _____
Shawn Hanson
Attorneys for Defendant
SUMMIT MEDICAL CENTER

Dated: September 1, 2006

BROWN & WHITE, LLP

By: _____
Kenneth P. White
Amber Finch
Attorneys for Defendant
HORIZON HEALTH CORPORATION

Dated: September 1, 2006

ALLEN MATKINS LECK GAMBLE & MALLORY, LLP

By: _____
Bryan Hawkins
Attorneys for Defendant
SUKHDEEP GREWAL, M.D.

1   Pursuant to Local Rule 6-1(b), plaintiffs and defendants Summit Medical Center ("Summit"), Horizon Health Corporation ("Horizon"), and Sukhdeep Grewal, M.D. ("Grewal") (collectively "Defendants"), by and through their undersigned counsel, hereby respectfully request that this Court approve the parties' stipulation to extend the time to disclose any experts pursuant to Federal Rule of Civil Procedure 26(a). On March 2, 2006, this Court issued its Order For Pretrial Preparation requiring plaintiffs and Defendants to designate any experts by September 4, 2006. The parties hereby stipulate and agree that plaintiffs and Defendants shall have an extension of fourteen (14) days, to and including September 18, 2006, to disclose any experts. The parties understand and agree that the stipulation will not alter the trial date or any other deadlines established by the Court's March 2, 2006 order.

Dated: September 1, 2006            JONES DAY


                                    By:_____
                                        Shawn Hanson
                                        Attorneys for Defendant
                                        SUMMIT MEDICAL CENTER

Dated: September 1, 2006            BROWN & WHITE, LLP


                                    By:_____
                                        Kenneth P. White
                                        Amber Finch
                                        Attorneys for Defendant
                                        HORIZON HEALTH CORPORATION

Dated: September 1, 2006            ALLEN MATKINS LECK GAMBLE &
                                    MALLORY, LLP


                                    By:_____
                                        Bryan Hawkins
                                        Attorneys for Defendant
                                        SUKHDEEP GREWAL, M.D.



Dated: September 4, 2006

Dated: September 4, 2006

IT IS SO ORDERED.

Dated: September ___, 2006

THE WRIGHT LAW FIRM

By: _____
Sarah S. Wright
Attorneys for Relators

MCGUINN, HILLSMAN & PALEFSKY

By: _____
John A. McGuinn
Attorneys for Relators

By: _____
The Honorable Saundra B. Armstrong
United States District Court Judge

SF1-554125v1

3

STIPULATION TO EXTEND TIME
CV 00-1303 SBA

| | |
|---|---|
| 1 | |
| 2 | Dated: September 4, 2006 |
| 3 | |
| 4 | |
| 5 | |
| 6 | Dated: September 4, 2006 |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | IT IS SO ORDERED. |
| 12 | Dated: September 6, 2006 |

THE WRIGHT LAW FIRM

By: *Sarah S. Wright* (signature)
Sarah S. Wright
Attorneys for Relators

MCGUINN, HILLSMAN & PALEFSKY

By: _____
John A. McGuinn
Attorneys for Relators

By: *Saundra B. Armstrong* (signature)
The Honorable Saundra B. Armstrong
United States District Court Judge

SFI-554125v1

3

STIPULATION TO EXTEND TIME
CV 00-1303 SBA