```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                    NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA, ex)
    rel., MICHAEL M. MEYER, et  )
12  al.,                        )    No. C00-1303 SBA (BZ)
                                )
13             Plaintiff(s),    )    INITIAL DISCOVERY ORDER
                                )
14        v.                    )
                                )
15  HORIZON HEALTH CORPORATION, )
    et al.,                     )
16                              )
               Defendant(s).    )
17  _____)
```

18      All discovery in this matter has been referred to United
19 States Magistrate Judge Bernard Zimmerman.
20      In the event a discovery dispute arises, the parties
21 shall meet in person or, if counsel are outside the Bay Area,
22 by telephone and make a good faith effort to resolve their
23 dispute.  Exchanging letters or telephone messages about the
24 dispute is insufficient.  The Court will not read subsequent
25 positioning letters; parties shall instead make a
26 contemporaneous record of their meeting using a tape recorder
27 or a court reporter.
28

1

1     In the event they cannot resolve their dispute, the
2 parties must participate in a telephone conference with the
3 Court **before** filing any discovery motions or other papers.
4 The party seeking discovery shall request a conference in a
5 letter served on all parties not exceeding two pages (with no
6 attachments) which briefly explains the nature of the action
7 and the issues in dispute.  Other parties may reply in similar
8 fashion within two days of receiving the letter requesting the
9 conference.  The Court will contact the parties to schedule
10 the conference.
11     After the conference with the Court, if filing papers is
12 deemed necessary, they should be filed with the Clerk's
13 Office, with one copy delivered directly to Chambers (Room 15-
14 6688).  A chambers copy of all briefs shall be submitted on a
15 diskette formatted in WordPerfect 6, 8, 9 or 10 (the diskette
16 shall be scanned for virus before submission) or may be e-
17 mailed to the following address: bzpo@cand.uscourts.gov

Dated: September 14, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HORIZON HEALTH\INITIAL.DISC.ORD.wpd