UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., MICHAEL M. MEYER, et al.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>HORIZON HEALTH CORPORATION, et al.,<br><br>    Defendant(s). | No. C00-1303 SBA (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE** |

Having received plaintiffs' letters dated September 13, 2006, **IT IS HEREBY ORDERED** that defendants shall file a 2-page response to each of plaintiffs' letters by **noon** on **Friday, September 15, 2006.**  **IT IS FURTHER ORDERED** that a telephonic conference is scheduled for **Monday, September 18, at 3:00 p.m.**, to discuss the discovery disputes currently at issue. Counsel for plaintiffs shall contact counsel for defendants and call chambers at **(415) 522-4093.**

Dated:  September 14, 2006

                                   Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-REFS\HORIZON HEALTH\TelephDiscConfOrder.wpd

1