|      |                                                                 |
|------|-----------------------------------------------------------------|
|      | UNITED STATES DISTRICT COURT                                    |
|      | NORTHERN DISTRICT OF CALIFORNIA                                 |

UNITED STATES OF AMERICA, ex rel., MICHAEL M. MEYER, et al.,

       Plaintiff(s),

  v.

HORIZON HEALTH CORPORATION, et al.,

       Defendant(s).

No. C00-1303 SBA (BZ)

**THIRD DISCOVERY ORDER**

Following the telephonic conference on September 18, 2006, **IT IS ORDERED** that the Model Protective Order found on the Court's website is entered as the protective order in this case until the parties otherwise agree. **IT IS FURTHER ORDERED** that plaintiffs are granted leave to file a motion to compel discovery responses in accordance with the views expressed by the Court during the telephonic conference. Said motion shall be filed by **September 22, 2006**. Any opposition shall be filed by **12:00 p.m.** on **September 27, 2006**. Any reply shall be filed by **5:00 p.m.** on **September 28, 2006**. If a hearing is necessary, it shall occur on **Tuesday, October 3, 2006 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden

1

Gate Avenue, San Francisco, California 94102.

Dated:   September 19, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HORIZON HEALTH\DISC3.ORDER.wpd